CHARLES F. RIKER, RESPONDENT, *v.* THE VILLAGE OF ITHACA, APPELLANT.

Judgment reversed, new trial granted, costs to abide event; reference discharged.

Opinion by FOLLETT, J.

WARREN BEARDSLEY, APPELLANT, *v.* JAMES M. BOWKER AND JAMES BOWKER, RESPONDENTS.

Judgment reversed, new trial granted, costs to abide event.

Opinion by FOLLETT, J.

EDWARD L. BENNETT, RESPONDENT, *v.* WILLIAM WHITNEY, THE STREET COMMISSIONER OF THE CITY OF BINGHAMTON, APPELLANT.

Judgment and order affirmed, with costs.

Opinion by LEARNED, P. J.

HARRIET A. DEWAREE, RESPONDENT, *v.* GEORGE E. HATHAWAY AND WARREN G. WILLIS, APPELLANTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.

THOMAS DORAN, RESPONDENT, *v.* THE FRANKLIN FIRE INSURANCE COMPANY, APPELLANT.

Judgment and order affirmed, with costs.

Opinion by BOCKES, J., and dissenting one by LEARNED, P. J.

JOHN G. FARNSWORTH, AS RECEIVER, &c., RESPONDENT, *v.* DARIUS S. WOOD AND OTHERS, APPELLANTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.

JOHN P. WEBBER, RESPONDENT, *v.* THE PRESIDENT, &c., OF THE DELAWARE & HUDSON CANAL COMPANY, APPELLANTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.; LEARNED, P. J., taking no part.